UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRIYANKA CHOPRA JONAS, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-02162-SI<br><br>**JUDGMENT** |

The Court has dismissed this action without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 23, 2024

_____
SUSAN ILLSTON
United States District Judge